

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2014

No. 04-12-00755-CV

Roger L. **GRAHAM**, John B. Graham, John Regmund, Glenn Regmund, Wilma Regmund, Raellen Regmund Mattingly, Rayanne Regmund Chesser, Albert O. Menn, and Irene C. Menn, Appellants

v.

George L. **PROCHASKA**, Jr., Patricia Prochaska Holland, Jeanette Prochaska Mazza, Dawn Prochaska Snyder, Frederick James Prochaska, II and Rebecca Prochaska Willis, Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-02-00023-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellant's Unopposed Motion to Extend Time to File Motion for Rehearing or Reconsideration En Banc is GRANTED. The motion is due on February 14, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court